# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMANJEET SINGH**<br>2849 N. Wolcott Avenue, Apt. E<br>Chicago, IL 60657<br><br>**GRAYCOR INDUSTRIAL CONSTRUCTORS, INC.**<br>2 Mid America Plaza, Suite 400<br>Oakbrook Terrace, IL 60181,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**<br>24000 Avila Road<br>Laguna Niguel, CA  92677,<br><br>**L. Francis CISSNA,**<br>Director, U.S. Citizenship and Immigration Services, in his Official Capacity,<br>c/o Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485,<br><br>Defendants. | Case No. 8:18-cv-02008-JLS-JDE<br>_____<br><br>**ORDER GRANTING JOINT NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br><br>Judge: Josephine L. Staton |

The Court, having carefully considered the parties' Joint Notice of Dismissal Without Prejudice (the "Notice") and all matters presented to the Court, the file, and good cause appearing, hereby **ORDERS THAT**:

/ / /

1. The Notice is hereby GRANTED. All deadlines are hereby VACATED and this matter is hereby dismissed without prejudice. Each party shall bear his or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: October 8, 2019

JOSEPHINE L. STATON
_____
The Honorable Josephine L. Staton
United States District Court Judge